# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

November 16, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/19

11/18/19

**VIA CMM/ECF**

Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

Conference adjourned to 1/10/20 @ 11:30 AM.

*[signature]*

Re:   Velasquez v. Kiner's Corner LLC, d/b/a Two Boots Pizza, et al.
      Case 1:18-cv-10969-RWS

**MEMO ENDORSED**

Dear Judge McMahon:

The undersigned represents the Plaintiff in the above-captioned case matter.

This is an action pursuant to the ADA, as well as similar state and local statutes. The Initial Pretrial Conference in this matter is currently scheduled for November 22, 2019 at 10:30 a.m, in Your Honor's Courtroom. To date, the defendants have not formally appeared and/or answered in this matter, having been properly served [D.E. 7 & D.E. 8]. The undersigned counsel will be undertaking additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the corporate and owner locations in order to facilitate contact from defendants. As such, in order to afford additional time for the defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in early December, or any other date most convenient to this Honorable Court. Thank you for your consideration of this fifth adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com