# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

January 3, 2020

**VIA CMM/ECF**
Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

[handwritten: 1/6/2020 Either grant or deny for default or fail to ... up. This case is now a year ...]

                    Re:   **Velasquez v. Kiner's Corner LLC, d/b/a Two Boots Pizza, et al.**
                          **Case 1:18-cv-10969-RWS (CM )**

Dear Judge McMahon:    MEMO ENDORSED

The undersigned  represents the Plaintiff in the above-captioned case matter.

This is an action pursuant to the ADA, as well as similar state and local statutes. The Initial
Pretrial Conference in this matter is currently scheduled for January 10, 2019 at 11:30 a.m, in Your
Honor's Courtroom. The defendants have not yet appeared and/or answered in this matter, having
been properly served [D.E. 7 & D.E. 8]. The undersigned counsel has undertaking additional
efforts including follow-up federal express correspondence with a copy of the Summons and
Complaint to the corporate locations in order to facilitate contact from defendants. As such, in
order to afford additional time for the defendants to formally appear and engage in productive
subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day
adjournment of next week's Conference to a date in early February, or any other date most
convenient to this Honorable Court. Thank you for your consideration of this sixth adjournment
request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/2020

Sincerely,

By: /S/ B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile: (305) 704-3877
     Email: bbw@weitzfirm.com