# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 17, 2020

**VIA CM/ECF**
Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl St., Courtroom 24A
New York, New York 10007

        Re:    Velasquez v. Kiner's Corner LLC, d/b/a Two Boots Pizza, et al.
               Case 1:18-cv-10969-RWS

Dear Judge McMahon:

The undersigned represents the Plaintiff in the above-captioned case matter.

Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure/"PAUSE" of non-essential public businesses in New York City, which has adversely affected the business in this matter, it is very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter, which would also coincide with the recent New York "PAUSE" extension until May 15, 2020. The undersigned has conferred with opposing counsel who consents to this request.

The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this unfortunate, but necessary request.

Sincerely,

By: /S/ B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW 9365)
     THE WEITZ LAW FIRM, P.A.
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Tel.: (305) 949-7777
     Fax: (305) 704-3877
     Email: bbw@weitzfirm.com

**MEMO ENDORSED**

*[Handwritten note:] Counsel: Have you bothered to read my individual rules?*

*[Signed] Colleen McMahon   4/17/20*