UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICARDO VELASQUEZ, :

                Plaintiff, :

     - against - :     ORDER

KINER'S CORNER LLC, a NEW YORK :     18-CV-10969 (CM)(KNF)
limited liability company, d/b/a TWO
BOOTS HELL'S KITCHEN, and GEORGE :
PAPADOPOULOS, an individual,
                                                        :

               Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A conference was held with counsel to the plaintiff and defendant George Papadopoulous ("Papadopoulous") on April 22, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

    1.    on or before May 3, 2021, Papadopoulous shall file his answer to the complaint;

    2.    on or before May 11, 2021, Papadopoulous shall respond to the plaintiff's outstanding discovery demands;

    3.    the depositions of Papadopoulous and Nora Kakavas shall be held on May 24, 2021, commencing at 11:00 a.m.; and

    4.    the plaintiff shall file his amended complaint on or before June 1, 2021.

Dated: New York, New York          SO ORDERED:
       April 23, 2020

                                                                              _Kevin Nathaniel Fox_____
                                                                              KEVIN NATHANIEL FOX
                                                                              UNITED STATES MAGISTRATE JUDGE