UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
RICARDO VELASQUEZ,

                      Plaintiff,

       -against-                                      **ORDER**

KINER'S CORNER LLC, a New York                 18-CV-10969 (CM)(KNF)
limited liability company, d/b/a TWO BOOTS
HELL'S KITCHEN, and GEORGE
PAPADOPOULOS, an individual,

                      Defendants.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

On or before June 7, 2021, the plaintiff is directed to file a formal motion for sanctions, see Local Civil Rule 7.1 of this court. The motion papers shall include as an exhibit the transcript of the May 24, 2021 deposition of George Papadopoulos. The response to the motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court. The deadline for the plaintiff to file an amended complaint is adjourned sine die. This order resolves Docket Entry No. 60.

Dated: New York, New York             SO ORDERED:
        May 27, 2021

                                          */s/ Kevin Nathaniel Fox*
                                         KEVIN NATHANIEL FOX
                                         UNITED STATES MAGISTRATE JUDGE