UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICARDO VELASQUEZ,

                        Plaintiff,

        -against-                                                              18 **CIVIL** 10969 (CM)(JW)

                                                                                     **JUDGMENT**
                                                                               **for Attorney's Fees**

KINER'S CORNER LLC, a New York limited
Liability company, d/b/a TWO BOOTS HELL'S
KITCHEN, and GEORGE PAPADOPOULOS, an
individual,

                        Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 21, 2022, the Court considers the 14 hours spent in deposition preparation, taking the deposition, and drafting the motion to compel and reply papers at an attorney rate of $575.00 to be appropriate and reasonable attorney's fees associated with the failed deposition and subsequent motions to compel. The Court also finds that the $210.06 for the deposition reporter and transcription costs are reasonable expenses. However, the 3.5 hours that Plaintiff's counsel spent in additional tasks after the issuance of this Court's February 22, 2022 order are not reasonably associated with the tasks for which sanctions were awarded—the deposition and the motions to compel. These hours are not included in the Court's award of attorney's fees. Plaintiff is awarded $8,260.06 in attorney's fees and expenses.

**Dated:**  New York, New York

       March 22, 2022

                                                                                         **RUBY J. KRAJICK**

                                                                                               _____
                                                                                                 **Clerk of Court**
                                                                       **BY:**    *K. Mango*
                                                                                                  _____
                                                                                                  **Deputy Clerk**