UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,

                      Plaintiff,                            **ORDER**

                 -against-                         **18-CV-10969 (CM) (JW)**

KINER'S CORNER LLC., d/b/a TWO BOOTS
HELL'S KITCHEN, and GEORGE
PAPADOPOULOS, an individual,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On May 23, 2022, Plaintiff filed a motion to compel the depositions of certain non-parties to this action. Dkt. No. 90. While Plaintiff submitted documentation to support the witnesses' non-appearance at their noticed depositions, there was no documentation of proof of service. Dkt. No. 91. Therefore, the Court will not issue any sanctions at this time.

      Plaintiff is directed to re-notice the depositions for **August 23, 2022** at 10 AM, to take place in before Judge Willis in Courtroom 228, 40 Foley Square, New York, NY. Plaintiff is instructed to serve the witnesses with the notices and obtain proof of such service. If the witnesses are properly served and do not appear for their depositions, the Court will take appropriate action at that time.

      SO ORDERED.

DATED:    New York, New York
               July 22, 2022

                                                       */s/ Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge