UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,

                        Plaintiff,                                    **ORDER**

                                                                                                 **18-CV-10969 (CM) (JW)**

                   -against-

KINER'S CORNER LLC., d/b/a TWO BOOTS
HELL'S KITCHEN, and GEORGE
PAPADOPOULOS, an individual,

                        Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties are ordered to appear before the Court for a discovery conference on **September 7, 2022**, at **10:30 AM**.  The Conference will take place in-person in Courtroom 228, 40 Foley Square, New York, NY.

      Defendant George Papadopoulos is ordered to appear at the Conference along with his counsel, as his testimony may be required.  To the extent Defendant Papadopoulos is in contact with Dimitri Papadopoulos and/or Fotini Theoharidou, their presence at the conference is also encouraged.

SO ORDERED.

DATED:    New York, New York
               August 23, 2022

                                                              */s/ Jennifer E. Willis*
                                                             JENNIFER E. WILLIS
                                                              United States Magistrate Judge