UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,

                            Plaintiff,                    **ORDER**

                        -against-                    18-CV-10969 (CM) (JW)

KINER'S CORNER LLC., d/b/a TWO BOOTS
HELL'S KITCHEN, and GEORGE
PAPADOPOULOS, an individual,

                            Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On September 4, 2022, Defendants' counsel requested an adjournment of the discovery conference scheduled for September 7, 2022 via email. The conference is adjourned to **September 14, 2022** at **4:30 PM**. Defendant George Papadopoulos is still expected to attend in person.

Should Defendants' counsel not comply with the Court's emailed request on September 6, 2022, sanctions may be considered.

SO ORDERED.

DATED:    New York, New York
               September 6, 2022

_____
JENNIFER E. WILLIS
United States Magistrate Judge