**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RICARDO VELASQUEZ,

                Plaintiff,            **ORDER**

      -against-                 **18-CV-10969 (CM) (JW)**

KINER'S CORNER LLC., d/b/a TWO BOOTS
HELL'S KITCHEN, and GEORGE
PAPADOPOULOS, an individual,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On October 3, 2022, counsel for Defendant filed a letter attaching a letter from Dimitrios Papadopoulos's primary care physician, purporting to demonstrate that Dimitrios Papadopoulos is not fit to attend a deposition. The filing is deficient in two respects. *First*, the attached letter is illegible to the Court. Counsel is directed to refile the letter in a form, whether via scan or hard copy, that can be read. *Second*, if Dimitrios Papadopoulos seeks to not sit for his deposition, the proper procedure is to file a Motion to Quash the Subpoena pursuant to Federal Rule of Civil Procedure 45(d)(3). If counsel for Defendant is representing Dimitrios Papadopoulos, he may do so on his behalf. If not, Dimitrios Papadopoulos may file such a motion *pro se*, though the Court would encourage him to engage legal counsel.

      Defendant is directed to serve a copy of this Order on Dimitrios Papadopoulos if Mr. DeMaio is not representing him, and file proof of such service by **October 12, 2022**.

SO ORDERED.

DATED:   New York, New York
         October 4, 2022

                                                      _____
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge