UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,

                    Plaintiff,

          -against-

KINER'S CORNER LLC., d/b/a TWO BOOTS
HELL'S KITCHEN, and GEORGE
PAPADOPOULOS, an individual,

                    Defendants.
-----------------------------------------------------------------X

**ORDER**

**18-CV-10969 (CM) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 20, 2022, Counsel for Defendant filed a Notice of Appearance on behalf of the two third-party deponents, Mr. Dimitri Papadopoulos and Ms. Fotini Theoharidou. Dkt. No. 118. Counsel for Defendant also requested a telephone conference. Dkt. No. 119. The request for a telephonic conference is **DENIED**.

There are only two possible outcomes for the outstanding depositions. Either (1) the witnesses will sit for their depositions, or (2) Counsel will file a formal motion to quash. The Court anticipates one of these two actions will have occurred by the in-person conference in this matter, set for November 3, 2022 at 10:30 AM.

SO ORDERED.

DATED:   New York, New York
             October 21, 2022

                                                               _____
                                                               JENNIFER E. WILLIS
                                                               United States Magistrate Judge