UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,

                      Plaintiff,                    **ORDER**

        -against-                          **18-CV-10969 (CM) (JW)**

KINER'S CORNER LLC., d/b/a TWO BOOTS
HELL'S KITCHEN, and GEORGE
PAPADOPOULOS, an individual,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    On October 31, 2022, Defendant filed a letter asking that the conference scheduled for November 3, 2022 be adjourned *sine die*. Dkt. No. 128. This request is DENIED. The conference will proceed as scheduled in order to address the outstanding Motion to Quash.

SO ORDERED.

DATED:    New York, New York
               November 1, 2022

                                                                           JENNIFER E. WILLIS
                                                                          United States Magistrate Judge