UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICARDO VELASQUEZ,

                    Plaintiff,                      **ORDER**

              -against-                      **18-CV-10969 (CM) (JW)**

KINER'S CORNER LLC., d/b/a TWO BOOTS
HELL'S KITCHEN, and GEORGE
PAPADOPOULOS, an individual,

                    Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

        On October 24, 2022, counsel[1] for non-party Mr. Dimitrios[2] Papadopoulos filed a motion to quash the subpoena issued for his deposition testimony. Dkt. No. 123. On November 3, 2022, a hearing was held to address that motion. For the reasons stated on the record, the Court will reserve its decision on the motion to quash pending the taking of Ms. Fotini Theoharidou's deposition and the responses to certain outstanding interrogatories. The Parties are directed to submit a joint status letter after those discovery events have occurred.

        As stated on the record Defendant must email Chambers by 5 PM on November 4, 2022, to confirm receipt of the interrogatories re-served by Plaintiff.

        The Court notes that the Parties should address any other discovery issues to the presiding District Judge.

SO ORDERED.

---

[1] Counsel for non-party Mr. Dimitrios Papadopoulos is also counsel to Defendant George Papadopoulos.
[2] Written in some documents as Mr. Dimitri Papadopoulos, however this spelling is consistent with the subject Motion.

DATED:   New York, New York
         November 3, 2022

_____
JENNIFER E. WILLIS
United States Magistrate Judge