UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICARDO VELASQUEZ,

                Plaintiff,

        -against-

KINER'S CORNER LLC., d/b/a TWO BOOTS
HELL'S KITCHEN, and GEORGE
PAPADOPOULOS, an individual,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**18-CV-10969 (CM) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 3, 2022, this Court issued an order reserving its decision on the Motion to Quash at Dkt. No. 123 pending the deposition of Ms. Fotini Theoharidou and responses to certain interrogatories. Dkt. No. 131. In that order, the Parties were directed to submit a joint status letter after those discovery events. Id. On November 4, 2022, Defendant's counsel acknowledged receipt of certain interrogatories. Dkt. No. 133.

The Parties are directed to file a joint status letter by **May 31, 2023**, updating the Court on the status of the deposition of Ms. Fotini Theoharidou and the responses to the relevant interrogatories, as they relate to the pending Motion to Quash.

SO ORDERED.

DATED:    New York, New York
               May 25, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge