UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICARDO VELASQUEZ,

                 Plaintiff,                 **ORDER**

                                                    18-CV-10969 (CM) (JW)

          -against

KINER'S CORNER LLC., a New York limited liability
company, d/b/a TWO BOOTS HELL'S KITCHEN, and
GEORGE PAPADOPOULOS, an individual,

               Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On June 2, 2023, the Defendant requested the Court direct Plaintiff to respond to an open interrogatory. Dkt. No. 140. This case was referred to this Court for a specific non-dispositive motion related to sanctions for outstanding depositions. Dkt. No. 92. In a previous order, this Court instructed the parties to direct any other discovery disputes to the presiding District Judge. Dkt. No 131.

      Parties are further reminded that they are expected to meet and confer in good faith during the discovery process and file a formal letter motion for conference, a motion to compel or a timely objection when there is an irresolvable dispute with respect to interrogatories. See Fed. R. Civ. P. 37(a)(1); see also Fed. R. Civ. P. 33(b)(4).

      SO ORDERED.

DATED:    New York, New York
                June 5, 2023

                                                                _JENNIFER E. WILLIS_
                                                               JENNIFER E. WILLIS
                                                               United States Magistrate Judge