UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICARDO VELASQUEZ,

                       Plaintiff,                       **ORDER**

                                                                                      18-cv-10969 (CM) (JW)
              -against-

KINER'S CORNER LLC., a New York limited liability
company, d/b/a TWO BOOTS HELL'S KITCHEN, and
GEORGE PAPADOPOULOS, an individual,

                      Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

       On July 6, 2023, District Judge McMahon issued an order regarding the close of discovery in this case. Dkt. No. 155. In light of this, parties are directed to file a status update letter by July 17, 2023, at 5:00pm. The letter should include an update on the ordered deposition of Ms. Fotini Theoharidou, whether the motion to quash at Dkt. No. 123 still requires judicial intervention, and whether the deposition of George Papadopoulos is necessary.

       SO ORDERED.

DATED:    New York, New York
                July 13, 2023

                                                      _____
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge