UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICARDO VELASQUEZ,

                        Plaintiff,                         **ORDER**

                                                            18-cv-10969 (CM) (JW)
           -against-

KINER'S CORNER LLC., a New York limited liability
company, d/b/a TWO BOOTS HELL'S KITCHEN, and
GEORGE PAPADOPOULOS, an individual,

                    Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On July 17, 2023, Plaintiff filed a unilateral status report on the ordered deposition of Ms. Fotini Theoharidou. Dkt. No. 157. In the update letter, Plaintiff's counsel asks (1) for the motion to quash at Dkt. No. 123 to be denied, (2) for leave to serve and depose Nora Kakavas, and (3) for fees for the Theoharidou deposition. Dkt. No. 157 at 2. This Court previously held its ruling on the motion to quash at Dkt. No. 123 in abeyance pending the deposition of Ms. Theoharidou. Dkt. No. 131.

      As Plaintiff seeks information that was not provided in the Theoharidou deposition, the motion to quash is DENIED. Further, Mr. George Papadopoulos, together with Defendants' counsel John DeMaio, are hereby ordered to appear and sit for a deposition of 7-hours pursuant to Federal Rule of Civil Procedure 30 on **July 24, 2023 at 10:30am** via Zoom. If Mr. George Papadopoulos fails to respond or appear for the scheduled deposition, this Court may issue an order directing the United States Marshal to bring him before the Court and hold him in prison until

such time as he purges his civil contempt by complying with the subpoena. If Defendants' counsel John DeMaio fails to appear, this Court may issue sanctions. Any potential contempt or sanctions can be avoided by complying with the Court's order.

Plaintiff's request for leave to serve and depose Nora Kakavas is GRANTED. Plaintiff's request for attorney's fees is DENIED.

The Clerk of the Court is respectfully requested to close the motion at Dkt. No. 123.

SO ORDERED.

DATED:   New York, New York
           July 18, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge